Elizabeth Francis
Name

General Delivery
Mailing address

907.347.4638
Telephone

RECEIVED
DEC 05 2019
Clerk, U.S. District Court
Fairbanks, AK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

_____,
(Full name of plaintiff in this action)
Plaintiff,

vs. Candace Celis
Lloyd M. Kuehl,
Amy Kiel,
Casey Kruse,
Don (Native ½ Bald,)
(Full names of ALL defendant(s) in this action.
Do NOT use et al.)
April Hernandez
Defendant(s).

Case No. _____
(To be supplied by the Court)

PRO SE COMPLAINT

for/under
Fraud TREASON
(Type of complaint)

## A. Jurisdiction

Jurisdiction in the United States District Court for the District of Alaska is invoked under:

_____

_____

PS22

**B. Parties**

1. The Plaintiff is  ___All people___ (Print Name), who presently resides at _____ (Address).

2. Defendants:

Defendant No. 1, ___are employed by Lloyd___ (Name), is a citizen of _____ (City/State), who works as a _____ (Job Title, if applicable) for _____ (Employer/agency, if applicable).

Defendant No. 2, ___Kuehl___ (Name), is a citizen of _____ (City/State), who works as a _____ (Job Title, if applicable) for _____ (Employer/agency, if applicable).

Defendant No. 3, _____ (Name), is a citizen of _____ (City/State), who works as a _____ (Job Title, if applicable) for _____ (Employer/agency, if applicable).
(City and State)

Defendant No. 4, _____ (Name), is a citizen of _____ (City/State), who works as a _____ (Job Title, if applicable) for _____ (Employer/agency, if applicable).

Defendant No. 5, _____ (Name), is a citizen of _____ (City/State), who works as a _____ (Job Title, if applicable) for _____ (Employer/agency, if applicable).

**C. Causes of Action** (Briefly describe the **facts** you consider important to each claim. State what happened **clearly** and **briefly**, in your **own words**. DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to support each claim for relief.)

_____
_____
_____
_____
_____
_____
_____
_____

### Declaration Under Penalty of Perjury

In Reserve'

I, Elizabeth Francis, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: 12-05 2019, at Fairbanks, Alaska.

Signature

### Certificate of Service

I certify that a copy of the above motion was served, by ☐ first class U.S. mail ☐ fax ☐ hand-delivery, to _____ at _____
(Opposing party or counsel)

_____ on _____
(Address)                        (Date of mailing)

_____
Signature

PS12 (06/09)                     2                     Non-Prisoner Motion

Case 4:19-cv-00039-RRB   Document 1   Filed 12/05/19   Page 3 of 5

Claim 1: On or about from the dates of 03-20-2019 - Now
(Date or Period of Time) (Supporting facts)
Forgery, fraud, filing false court documentation, Impersonating an Anchorage Magistrate, Kidnapping, torture, Sodomy, impersonating state officials, treason, child abuse, mental, physical & emotional abuse, Lloyd admitted to falsifying court, Lloyd wrote my search warrant at 7:45pm & the AST hadn't even been called yet & they are holding my sons in the crawl space/ceilings, attic, walls neighbors. (Fredrick Stowell, Clay, & Bill Hendy's.) imprisonment, 2 state trooper keep coming on all calls for Lloyd & Amy. Conspiracy (trying to set me up repeatedly) defamation, tyrany, bribes & extortion & human trafficking illegal search & seizure of Federally Sovern recognized tribal members

## D. Request for Relief

Plaintiff requests that this court grant the following relief:

1. Damages in the amount of $10,000.00 US Dollars Per Day

2. Punitive damages in the amount of $70,000,000.00 for running our

3. An order requiring defendant(s) to Return Yeshuah lives & Yisrael Francis to me, Elizabeth Francis

4. A declaration that this is treason, this is a motion to quiet, & immediate judgment, no trial

5. Other: Service By Email to ALL Defendants

Plaintiff demands a trial by ___ Jury ✓ Court. (Choose one)

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above complaint and that the information contained in the complaint is true and correct.

_[signature] Francis_
**Plaintiff's Original Signature**

_Elizabeth A. Francis_
(Plaintiff's Full Name)

Executed at _____ on _____
        (Location)                      (Date)